ROOSEVELT L. CLARK, Appellant, v. J. & C. AUDITORE,
INC., Respondent.

*Appeal — motion to dismiss appeal denied.*

Reported below, 216 App. Div. 842.

(Submitted November 22, 1926; decided November 30, 1926.)

MOTION to dismiss an appeal from a judgment of the
Appellate Division of the Supreme Court in the second
judicial department, entered June 25, 1926, modifying
and affirming as modified a judgment in favor of defend-
ant entered upon a dismissal of the complaint by the
court at a Trial Term.

The motion was made upon the ground that the appeal
was not perfected within the time provided in section
592 of the Civil Practice Act.

*John B. Johnston* for motion.

*John J. Kean* opposed.

Motion denied, with ten dollars costs.